### THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DREW KARIN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | 3:20-CV-2422 |
| v. | : | (JUDGE MARIANI) |
| | : | |
| BOSCOV'S DEPARTMENT STORE, LLC,: | | |
| and BOSCOV'S INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, THIS _10th_ DAY OF JUNE, 2021, Mediator Joseph Barrett, Esq.,

having reported that the parties have settled the above-captioned action (Doc. 26), **IT IS**

**HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to

the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is

not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time

to consummate the settlement, within the above 60-day time period will result in the automatic

conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge